United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 12-19301-amc
Bethanne Harkins                                                        Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: YvetteWD    Page 1 of 2    Date Rcvd: Dec 22, 2017
                 Form ID: 138NEW    Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2017.
```
db             #+Bethanne Harkins,   815 Stanwood Street,   Philadelphia, PA 19111-2320
13006523        CitiMortgage, Inc.,   P O Box 688971,   Des Moines, IA 50368-8971
12871285       +Figi's Inc,   PO Box 7713,   Marshfield, WI 54449-7713
12943854       +Ginny's,   c/o Creditors Bankruptcy Service,   P.O. Box 740933,   Dallas, TX 75374-0933
12871286       +KML Law Group, P.C.,   Suite 5000- BNY- Independence Center,   701 Market Street,
                 Philadelphia, PA 19106-1538
12943855       +Montgomery Ward,   c/o Creditors Bankruptcy Service,   P.O. Box 740933,   Dallas, TX 75374-0933
12883873       +Nationwide Credit Service LLC,   P.O. Box 1787,   Longview, WA 98632-8107
13108512       +U.S Bank National Association, Trustee for Pennsyl,   211 North Front Street,
                 Harrisburg, PA 17101-1406,   Attn: ALSV/ Anne
12871291       +Vzw Ne,   Attention: Verizon Wireless Department,   PO Box 3397,   Bloomington, IL 61702-3397
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Dec 23 2017 00:42:39     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 23 2017 00:42:07
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 23 2017 00:42:23     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
12948190        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 23 2017 00:50:45
                 American InfoSource LP as agent for,   Verizon,   PO Box 248838,
                 Oklahoma City, OK  73124-8838
12964423       +E-mail/Text: bankruptcy@phila.gov Dec 23 2017 00:42:39
                 CITY OF PHILADELPHIA, LAW DEPARTMENT  TAX UNIT,   ONE PARKWAY BUILDING  BANKRUPTCY GROUP,
                 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,   PHILADELPHIA, PA 19102-1640
12921223        E-mail/Text: mrdiscen@discover.com Dec 23 2017 00:41:43     Discover Bank,
                 DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
12871284       +E-mail/Text: mrdiscen@discover.com Dec 23 2017 00:41:43     Discover Fin Svcs Llc,
                 Po Box 15316,   Wilmington, DE 19850-5316
12910328        E-mail/Text: bknotice@crgofusa.com Dec 23 2017 00:42:23
                 InSolve Recovery, LLC, c/o Capital Recovery Group,,   Dept 3203,   PO BOX 123203,
                 DALLAS, TX 75312-3203
13016055        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 23 2017 00:45:00
                 LVNV Funding LLC its successors and assigns,   c/o Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC  29603-0587
12871287       +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 23 2017 00:45:00     Lvnv Funding Llc,
                 Po Box 740281,   Houston, TX 77274-0281
12871289        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 23 2017 00:50:45     Portfolio Rc,
                 Attn: Bankruptcy,   PO Box 41067,   Norfolk, VA 23541
12882960        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 23 2017 00:50:45
                 Portfolio Recovery Associates, LLC,   PO Box 41067,   Norfolk VA 23541
12871288       +E-mail/Text: blegal@phfa.org Dec 23 2017 00:42:13     Pa Housing Finance Age,   PO Box 8029,
                 Harrisburg, PA 17105-8029
12871290       +E-mail/Text: bankruptcy@sccompanies.com Dec 23 2017 00:42:54     Seventh Avenue,   1112 7th Ave,
                 Monroe, WI 53566-1364
                                                                                              TOTAL: 14

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Pennsylvania Housing Finance Agency,   U.S. Bank National Association,
                 trustee for the Pennsylvania Housing Fin
13839228        U.S. Bk Natl Associate Trustee for the Pa Housing
                                                                                   TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0313-2          User: YvetteWD           Page 2 of 2            Date Rcvd: Dec 22, 2017
                              Form ID: 138NEW          Total Noticed: 23
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2017                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 22, 2017 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor    Pennsylvania Housing Finance Agency
           agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
          ERIK B. JENSEN    on behalf of Plaintiff Bethanne    Harkins akeem@jensenbagnatolaw.com,
           gilberto@jensenbagnatolaw.com;mjmecf@gmail.com
          ERIK B. JENSEN    on behalf of Debtor Bethanne    Harkins akeem@jensenbagnatolaw.com,
           gilberto@jensenbagnatolaw.com;mjmecf@gmail.com
          LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
           dmaurer@pkh.com;mgutshall@pkh.com
          THOMAS I. PULEO    on behalf of Creditor    Pennsylvania Housing Finance Agency
           tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 6
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Bethanne Harkins

    Debtor(s)

Bankruptcy No: 12−19301−amc

Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 12/22/17

49 – 48
Form 138_new