United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Bethanne Harkins
    Debtor

Case No. 12-19301-amc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Marie    Page 1 of 1    Date Rcvd: Mar 29, 2018
                       Form ID: pdf900    Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2018.
```
db             #+Bethanne Harkins,    815 Stanwood Street,    Philadelphia, PA 19111-2320
ust             +BRENDA D. GISH,    Office of United States Trustee - U.S. D,    Federal Building,
                  228 Walnut Street, 11th Floor,    Harrisburg, PA 17101-1714
13108512        +U.S Bank National Association, Trustee for Pennsyl,    211 North Front Street,
                  Harrisburg, PA 17101-1406,    Attn: ALSV/ Anne
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust             +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Mar 30 2018 04:10:28     Frederic J. Baker,
                  Office of United States Trustee,    833 Chestnut Street,    Suite 500,
                  Philadelphia, PA 19107-4405
ust             +E-mail/Text: USTPRegion03.WL.ECF@USDOJ.GOV Mar 30 2018 04:10:28     SHAKIMA L. DORTCH,
                  U.S. Dept. of Justice - U.S. Trustee,    844 N. King Street,    Suite 2207,
                  Wilmington, DE 19801-3519
ust             +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Mar 30 2018 04:10:28     United States Trustee,
                  228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
ust             +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Mar 30 2018 04:10:28     United States Trustee,
                  Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
                                                                                               TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13839228       U.S. Bk Natl Associate Trustee for the Pa Housing
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2018 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    Pennsylvania Housing Finance Agency
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              ERIK B. JENSEN    on behalf of Plaintiff Bethanne  Harkins akeem@jensenbagnatolaw.com,
               gilberto@jensenbagnatolaw.com;mjmecf@gmail.com
              ERIK B. JENSEN    on behalf of Debtor Bethanne  Harkins akeem@jensenbagnatolaw.com,
               gilberto@jensenbagnatolaw.com;mjmecf@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association et al ...
               bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Pennsylvania Housing Finance Agency
               bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              THOMAS I. PULEO    on behalf of Creditor    Pennsylvania Housing Finance Agency
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                               TOTAL: 8
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Bethanne Harkins<br>　　　　Debtor | CHAPTER 13 |
| U.S. BANK NATIONAL ASSOCIATION,<br>TRUSTEE FOR THE PENNSYLVANIA<br>HOUSING FINANCE AGENCY<br>　　　　Movant<br>vs. | NO. 12-19301 amc |
| Bethanne Harkins<br>　　　　Debtor | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br>　　　　Trustee | |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$20,336.91,** which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | March 2017 through March 2018 at $1,437.00/month |
| Late Charges: | March 2017 through March 2018 at $48.07/month |
| Fees & Costs Relating to Motion: | $1,031.00 |
| **Total Post-Petition Arrears** | **$20,336.91** |

2. The Debtor shall cure said arrearages in the following manner:

　　a). Within seven (7) days of the filing of this Stipulation, Debtor shall file an Amended Chapter 13 Plan to include the post-petition arrears of **$20,336.91.**

　　b). Movant shall file an Amended or Supplemental Proof of Claim to include the post-petition arrears of **$20,336.91** along with the pre-petition arrears;

　　c). The new 410A form for a Proof of Claim shall not be required for this Amended or Supplemental Proof of Claim.

3. Beginning with the payment due April 1, 2018 and continuing thereafter, Debtor shall pay to Movant the present regular monthly mortgage payment of $1,437.00 (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month).

4. Should Debtor provide sufficient proof of payments made, but not credited (front & back copies of cancelled checks and/or money orders), Movant shall adjust the account accordingly.

5. In the event the payments under Section 3 above are not tendered pursuant to the terms of this stipulation, Movant shall notify Debtor and Debtor's attorney of the default in writing and the Debtor may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor should fail to cure the default within fifteen (15) days, Movant may file a Certification of Default with the Court and the Court shall enter an Order granting Movant immediate relief from the automatic stay and waiving the stay provided by Bankruptcy Rule 4001(a)(3).

6. If the case is converted to Chapter 7, Movant shall file a Certification of Default with the Court and the Court shall enter an order granting Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date: March 22, 2018

By: /s/ Kevin G. McDonald, Esquire
Kevin G. McDonald, Esquire

Date:_____

/s/Erik B. Jensen, Esquire
Erik B. Jensen, Esquire
Attorney for Debtor

Date: 3-27-18

William C. Miller
Chapter 13 Trustee    No objection

Approved by the Court this 28th day of March, 2018. However, the court retains discretion regarding entry of any further order.

Bankruptcy Judge
Ashely M. Chan