Certificate Number: 12433-PAE-DE-030787246

Bankruptcy Case Number: 12-19301



12433-PAE-DE-030787246

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 27, 2018, at 8:41 o'clock PM EDT, Bethanne Harkins completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   March 27, 2018             By:   /s/Lance Brechbill

Name:   Lance Brechbill

Title:   Teacher