# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  BETHANNE HARKINS                                      :  CHAPTER 13
                                                                                   :
                                                                              :
                                                                    :  BANKRUPTCY NO.  12-19301 AMC
                       Debtor (s)

## PRA E C I P E

Kindly withdraw TRUSTEE'S FINAL REPORT CLOSED and COMPLETED Docket entry #48

                                                                  Respectfully submitted,

Date: April 11, 2018                                    /s/William C. Miller, Esquire

                                                                  William C. Miller, Esquire
                                                                   Chapter 13 Standing Trustee
                                                                  P.O. Box 40116
                                                                  Philadelphia, PA  19106