United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 12-19301-amc
Bethanne Harkins                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD            Page 1 of 2           Date Rcvd: Jun 12, 2018
                              Form ID: 138NEW           Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2018.
```
db              #+Bethanne Harkins,    815 Stanwood Street,    Philadelphia, PA 19111-2320
13006523         CitiMortgage, Inc.,    P O Box 688971,    Des Moines, IA 50368-8971
12871285        +Figi's Inc,    PO Box 7713,    Marshfield, WI 54449-7713
12871286        +KML Law Group, P.C.,    Suite 5000- BNY- Independence Center,    701 Market Street,
                 Philadelphia, PA 19106-1538
12883873        +Nationwide Credit Service LLC,    P.O. Box 1787,    Longview, WA 98632-8107
13108512        +U.S Bank National Association, Trustee for Pennsyl,    211 North Front Street,
                 Harrisburg, PA 17101-1406,    Attn: ALSV/ Anne
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: megan.harper@phila.gov Jun 13 2018 01:51:02     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 13 2018 01:50:37
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 13 2018 01:51:00     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
12948190         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 13 2018 01:51:51
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK   73124-8838
12964423        +E-mail/Text: megan.harper@phila.gov Jun 13 2018 01:51:02
                 CITY OF PHILADELPHIA, LAW DEPARTMENT  TAX UNIT,    ONE PARKWAY BUILDING  BANKRUPTCY GROUP,
                 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
12921223         E-mail/Text: mrdiscen@discover.com Jun 13 2018 01:50:29     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
12871284        +E-mail/Text: mrdiscen@discover.com Jun 13 2018 01:50:29     Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
12943854        +E-mail/Text: bankruptcy@sccompanies.com Jun 13 2018 01:51:20     Ginny's,
                 c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas, TX 75374-0933
12910328         E-mail/Text: bknotice@crgofusa.com Jun 13 2018 01:51:01
                 InSolve Recovery, LLC, c/o Capital Recovery Group,,    Dept 3203,    PO BOX 123203,
                 DALLAS, TX 75312-3203
13016055         E-mail/PDF: resurgentbknotifications@resurgent.com Jun 13 2018 01:51:34
                 LVNV Funding LLC its successors and assigns,    c/o Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC  29603-0587
12871287        +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 13 2018 01:51:34     Lvnv Funding Llc,
                 Po Box 740281,    Houston, TX 77274-0281
12943855        +E-mail/Text: bankruptcy@sccompanies.com Jun 13 2018 01:51:20     Montgomery Ward,
                 c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas, TX 75374-0933
12871289         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 13 2018 01:51:32     Portfolio Rc,
                 Attn: Bankruptcy,    PO Box 41067,    Norfolk, VA 23541
12882960         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 13 2018 01:51:48
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk VA 23541
12871288        +E-mail/Text: blegal@phfa.org Jun 13 2018 01:50:54     Pa Housing Finance Age,    PO Box 8029,
                 Harrisburg, PA 17105-8029
12871290        +E-mail/Text: bankruptcy@sccompanies.com Jun 13 2018 01:51:20     Seventh Avenue,    1112 7th Ave,
                 Monroe, WI 53566-1364
12871291        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 13 2018 01:50:26
                 Vzw Ne,    Attention: Verizon Wireless Department,    PO Box 3397,    Bloomington, IL 61702-3397
                                                                                             TOTAL: 17
```

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr               Pennsylvania Housing Finance Agency,   U.S. Bank National Association,
                 trustee for the Pennsylvania Housing Fin
13839228         U.S. Bk Natl Associate Trustee for the Pa Housing
                                                                                             TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

```
District/off: 0313-2          User: YvetteWD              Page 2 of 2                    Date Rcvd: Jun 12, 2018
                              Form ID: 138NEW             Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 12, 2018 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    Pennsylvania Housing Finance Agency
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              ERIK B. JENSEN    on behalf of Plaintiff Bethanne  Harkins akeem@jensenbagnatolaw.com,
               gilberto@jensenbagnatolaw.com;mjmecf@gmail.com
              ERIK B. JENSEN    on behalf of Debtor Bethanne  Harkins akeem@jensenbagnatolaw.com,
               gilberto@jensenbagnatolaw.com;mjmecf@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association et al ...
               bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Pennsylvania Housing Finance Agency
               bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              THOMAS I. PULEO    on behalf of Creditor    Pennsylvania Housing Finance Agency
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 9
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Bethanne Harkins
        Debtor(s)

Bankruptcy No: 12−19301−amc
Chapter: 13

___

## NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

  1. The Standing Chapter 13 Trustee has filed his final report and account.

  2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

      900 Market Street
      Suite 400
      Philadelphia, PA 19107

within 30 days from the date of this notice.

  3. In the absence of any objection, the Court may enter the Order of Discharge.

      For The Court

      Timothy B. McGrath
      Clerk of Court

Dated: 6/12/18

65 − 64
Form 138_new