United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 12-19301-amc
Bethanne Harkins                                                       Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: admin              Page 1 of 2           Date Rcvd: Sep 28, 2018
                             Form ID: 3180W           Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2018.
```
db              #+Bethanne Harkins,    815 Stanwood Street,    Philadelphia, PA 19111-2320
ust              +BRENDA D. GISH,    Office of United States Trustee - U.S. D,    Federal Building,
                   228 Walnut Street, 11th Floor,    Harrisburg, PA 17101-1714
13006523         CitiMortgage, Inc.,    P O Box 688971,    Des Moines, IA 50368-8971
12883873        +Nationwide Credit Service LLC,    P.O. Box 1787,    Longview, WA 98632-8107
13108512        +U.S Bank National Association, Trustee for Pennsyl,    211 North Front Street,
                   Harrisburg, PA 17101-1406,    Attn: ALSV/ Anne
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: megan.harper@phila.gov Sep 29 2018 03:06:36     City of Philadelphia,
                   City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                   Philadelphia, PA 19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 29 2018 03:05:48
                   Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                   Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 29 2018 03:06:09      U.S. Attorney Office,
                   c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust             +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Sep 29 2018 03:05:54     Frederic J. Baker,
                   Office of United States Trustee,    833 Chestnut Street,    Suite 500,
                   Philadelphia, PA 19107-4405
ust             +E-mail/Text: USTPRegion03.WL.ECF@USDOJ.GOV Sep 29 2018 03:05:54     SHAKIMA L. DORTCH,
                   U.S. Dept. of Justice - U.S. Trustee,    844 N. King Street,    Suite 2207,
                   Wilmington, DE 19801-3519
ust             +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Sep 29 2018 03:05:54     United States Trustee,
                   228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
ust             +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Sep 29 2018 03:05:54     United States Trustee,
                   Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
12948190         EDI: AIS.COM Sep 29 2018 06:53:00      American InfoSource LP as agent for,    Verizon,
                   PO Box 248838,    Oklahoma City, OK  73124-8838
12964423        +E-mail/Text: megan.harper@phila.gov Sep 29 2018 03:06:36
                   CITY OF PHILADELPHIA, LAW DEPARTMENT  TAX UNIT,    ONE PARKWAY BUILDING   BANKRUPTCY GROUP,
                   1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
12921223         EDI: DISCOVER.COM Sep 29 2018 06:53:00      Discover Bank,    DB Servicing Corporation,
                   PO Box 3025,    New Albany, OH  43054-3025
12871285        +EDI: CBSMASON Sep 29 2018 06:53:00      Figi’s Inc,    PO Box 7713,    Marshfield, WI 54449-7713
12943854        +EDI: CBS7AVE Sep 29 2018 06:53:00      Ginny’s,    c/o Creditors Bankruptcy Service,
                   P.O. Box 740933,    Dallas, TX 75374-0933
12910328         E-mail/Text: bknotice@crgofusa.com Sep 29 2018 03:06:09
                   InSolve Recovery, LLC, c/o Capital Recovery Group,,    Dept 3203,    PO BOX 123203,
                   DALLAS, TX 75312-3203
13016055         EDI: RESURGENT.COM Sep 29 2018 06:53:00      LVNV Funding LLC its successors and assigns,
                   c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC  29603-0587
12943855        +EDI: CBS7AVE Sep 29 2018 06:53:00      Montgomery Ward,    c/o Creditors Bankruptcy Service,
                   P.O. Box 740933,    Dallas, TX 75374-0933
12882960         EDI: PRA.COM Sep 29 2018 06:53:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                   Norfolk VA 23541
                                                                                               TOTAL: 16

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ’#’ were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary’s privacy policies.**

Date: Sep 30, 2018                               Signature:  /s/Joseph Speetjens

```
District/off: 0313-2                  User: admin                    Page 2 of 2                   Date Rcvd: Sep 28, 2018
                                      Form ID: 3180W                 Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2018 at the address(es) listed below:
            ANDREW F GORNALL     on behalf of Creditor    Pennsylvania Housing Finance Agency
             agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
            ERIK B. JENSEN    on behalf of Plaintiff Bethanne   Harkins akeem@jensenbagnatolaw.com,
             gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
            ERIK B. JENSEN    on behalf of Debtor Bethanne   Harkins akeem@jensenbagnatolaw.com,
             gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
            KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association et al ...
             bkgroup@kmllawgroup.com
            KEVIN G. MCDONALD    on behalf of Creditor    Pennsylvania Housing Finance Agency
             bkgroup@kmllawgroup.com
            LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
             dmaurer@pkh.com;mgutshall@pkh.com
            THOMAS I. PULEO    on behalf of Creditor    Pennsylvania Housing Finance Agency
             tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
            WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
             philaecf@gmail.com
            WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 9
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Bethanne Harkins** | Social Security number or ITIN  **xxx−xx−2296** |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Pennsylvania** | | |
| Case number:  **12−19301−amc** | | |

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Bethanne Harkins

<u>9/27/18</u>                                          **By the court:**    <u>Ashely M. Chan</u>
                                                                           United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**