United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Bethanne Harkins  
    Debtor

Case No. 12-19301-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: YvetteWD      Page 1 of 1      Date Rcvd: Oct 02, 2018  
                            Form ID: 195      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2018.  
db          #+Bethanne Harkins,    815 Stanwood Street,    Philadelphia, PA 19111-2320

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2018                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2018 at the address(es) listed below:
         ANDREW F GORNALL    on behalf of Creditor   Pennsylvania Housing Finance Agency
          agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com
         ERIK B. JENSEN    on behalf of Plaintiff Bethanne  Harkins akeem@jensenbagnatolaw.com,
          gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
         ERIK B. JENSEN    on behalf of Debtor Bethanne  Harkins akeem@jensenbagnatolaw.com,
          gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
         KEVIN G. MCDONALD    on behalf of Creditor   U.S. Bank National Association et al ...
          bkgroup@kmllawgroup.com
         KEVIN G. MCDONALD    on behalf of Creditor   Pennsylvania Housing Finance Agency
          bkgroup@kmllawgroup.com
         LEON P. HALLER    on behalf of Creditor   Pennsylvania Housing Finance Agency lhaller@pkh.com,
          dmaurer@pkh.com;mgutshall@pkh.com
         THOMAS I. PULEO    on behalf of Creditor   Pennsylvania Housing Finance Agency
          tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
         WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
          philaecf@gmail.com
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                                                                                   TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                                    : Chapter 13

Bethanne Harkins                                                            : Case No. 12–19301–amc
      Debtor(s)

### ORDER
_____

AND NOW, this day , 2nd of October 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

69
Form 195